700 A.2d 1233

IN THE MATTER OF HILDA BURNETT–
BAKER, AN ATTORNEY AT LAW.

October 16, 1997.

## ORDER

The Disciplinary Review Board on August 5, 1997, having filed with the Court its decision concluding that **HILDA BURNETT–**

**BAKER** of **RALEIGH, NORTH CAROLINA,** who was admitted to the bar of this State in 1983, should be suspended from the practice of law for a period of three months for violating *RPC* 1.1(a) (gross neglect); *RPC* 1.1(b) (pattern of neglect); *RPC* 1.3 (lack of diligence); and *RPC* 8.4(c) (engaging in conduct involving dishonesty, fraud, deceit, or misrepresentation); and good cause appearing;

It is ORDERED that **HILDA BURNETT–BAKER** is hereby suspended from the practice of law for a period of three months, effective immediately, and until further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of her suspension and that she comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.